DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 697-2000
Facsimile:   (415) 813-2045

Attorneys for Defendants
CITY OF MANTECA, ARMANDO GARCIA, RANCH JOHNSON, KIRK DOTY, MIKE KEENER, IAN OSBORN, ARMEN AVAKIAN, PAUL CARMONA and CHRIS S. MRAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| JOANNE BLIGHT, | Case No.: 2:15-cv-02513-WBS-CKD |
| Plaintiff, | **STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE; ORDER** |
| v. | |
| CITY OF MANTECA, a Municipal Corporation, Manteca Police Department Detectives ARMANDO GARCIA, Individually, RANCH JOHNSON, Individually, KIRK DOTY, Individually, MIKE KEENER, Individually, IAN OSBORN, Individually, and ARMEN AVAKIAN, Individually, Manteca Police Department Sergeants PAUL CARMONA and CHRIS S. MRAZ, in their Individual and Supervisory capacities, and DOES 1 THROUGH 60, Jointly and Severally, | |
| Defendants. | |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

In its Scheduling Order dated March 22, 2016 (Docket No. 8), the Court set various deadlines, including: expert disclosure (September 13, 2016); rebuttal expert disclosure (October 4, 2016); and discovery cutoff (January 10, 2017).

Plaintiff JOANNE BLIGHT and Defendants CITY OF MANTECA, ARMANDO GARCIA, RANCH JOHNSON, KIRK DOTY, MIKE KEENER, IAN OSBORN, ARMEN AVAKIAN, PAUL CARMONA and CHRIS S. MRAZ ("Defendants") have met-and-conferred on these dates and -- despite due diligence by all sides -- believe additional time will be needed for expert and rebuttal disclosures. Discovery is still being conducted that will bear upon expert opinions and reports. Depositions of all Defendants were noticed at the outset of discovery, but due to a pending discovery issue that will require resolution by the Court via a motion – as well as the parties' desire to accommodate the schedules of the police officer defendants to the extent possible and other circumstances outside the control of the parties – these depositions had to be postponed. The depositions that can proceed have been going forward, however. An additional challenge has been reconciling the numerous schedules of attorneys on both sides of this case, including their busy trial calendars. Nonetheless, the parties have diligently met-and-conferred to move the discovery process forward and have been conducting the necessary depositions and other discovery, with more on calendar. Based on the foregoing circumstances, the parties respectfully stipulate to the following, and request the Court's approval.

By and through the counsel of record for Defendants and Plaintiff, the parties stipulate as follows:

1. The deadline for expert disclosure is extended to November 8, 2016;
2. The deadline for rebuttal expert disclosure is extended to November 29, 2016;
3. The deadline for all discovery remains unchanged; it closes on January 10, 2017.

///

///

///

Respectfully submitted,

Dated: September 9, 2016    LAW OFFICES OF SANJAY S. SCHMIDT

By: */s/ Sanjay S. Schmidt*
    SANJAY S. SCHMIDT
    Attorneys for Plaintiff
    JOANNE BLIGHT

Dated: September 9, 2016    ALLEN, GLAESSNER,
                            HAZELWOOD & WERTH, LLP

By: */s/ Kevin P. Allen*
    DALE L. ALLEN, JR.
    KEVIN P. ALLEN
    Attorneys for Defendants
    CITY OF MANTECA, ARMANDO
    GARCIA, RANCH JOHNSON, KIRK DOTY,
    MIKE KEENER, IAN OSBORN, ARMEN
    AVAKIAN, PAUL CARMONA and CHRIS
    S. MRAZ

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:** September 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3

STIPULATION; PROPOSED ORDER
2:15-CV-02513-WBS-CKD

122806.1