1  DALE L. ALLEN, JR., State Bar No. 145279
   dallen@aghwlaw.com
2  KEVIN P. ALLEN, State Bar No. 252290
   kallen@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA 94104
   Telephone:   (415) 697-2000
5  Facsimile:   (415) 813-2045

6  Attorneys for Defendants
   CITY OF MANTECA, ARMANDO GARCIA, RANCH
7  JOHNSON, KIRK DOTY, MIKE KEENER, IAN
   OSBORN, ARMEN AVAKIAN, PAUL CARMONA and
8  CHRIS S. MRAZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO COURTHOUSE

| | |
|---|---|
| JOANNE BLIGHT,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF MANTECA, a Municipal Corporation, Manteca Police Department Detectives ARMANDO GARCIA, Individually, RANCH JOHNSON, Individually, KIRK DOTY, Individually, MIKE KEENER, Individually, IAN OSBORN, Individually, and ARMEN AVAKIAN, Individually, Manteca Police Department Sergeants PAUL CARMONA and CHRIS S. MRAZ, in their Individual and Supervisory capacities, and DOES 1 THROUGH 60, Jointly and Severally,<br><br>  Defendants. | Case No.: 2:15-cv-02513-WBS-CKD<br><br>**ORDER GRANTING DEFENDANTS' NOTICE OF REQUEST TO SEAL CERTAIN PORTIONS OF THE DECLARATION OF ARMANDO GARCIA** |

Pursuant to Eastern District Local Rule 141, Defendants CITY OF MANTECA, ARMANDO GARCIA, RANCH JOHNSON, KIRK DOTY, MIKE KEENER, IAN OSBORN, ARMEN AVAKIAN, PAUL CARMONA and CHRIS S. MRAZ ("Defendants") filed a motion to seal certain portions of the Declaration of Armando Garcia.

Specifically, Defendants sought to seal the following Paragraphs of Det. Armando Garcia's declaration: Paragraphs 8-15 and 17-26.

After review of Defendants' motion and GOOD CAUSE appearing:

1. Defendants' motion is GRANTED;

2. Paragraphs 8-15 and 17-26 of Det. Garcia's declaration will be sealed;

3. Consistent with Local Rule 141(e)(2)(i), Defendants' counsel shall email to the Clerk (ApprovedSealed@caed.uscourts.gov) a copy of the Det. Garcia's declaration with the following Paragraphs redacted: Nos. 8-15 and 17-26. The copy of the redacted declaration should be in .pdf format. The subject line of the e-mail shall include the case number and the body of the e-mail shall identify the order authorizing the sealing of the attached documents. The Clerk will then file the declaration.

**IT IS SO ORDERED.**

Dated: September 30, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE