UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE BLIGHT, | No.  2:15-cv-2513 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF MANTECA, et al., | |
| Defendants. | |

The parties have stipulated to continue the hearing on plaintiff's Motion to Compel Discovery (ECF No. 13), to November 2, 2016 at 10:00 a.m.  ECF No. 22.

Accordingly, IT IS HEREBY ORDERED that the hearing on plaintiff's Motion To Compel (ECF No. 13) will be heard on November 2, 2016, at 10:00 a.m. before the undersigned, in courtroom 26, 8th Floor.  The Joint Statement has already been filed.  ECF No. 20.

DATED: October 19, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE