DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendants
CITY OF MANTECA, ARMANDO GARCIA, RANCH JOHNSON, KIRK DOTY, MIKE KEENER, IAN OSBORN, ARMEN AVAKIAN, PAUL CARMONA and CHRIS S. MRAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| JOANNE BLIGHT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MANTECA, a Municipal Corporation, Manteca Police Department Detectives ARMANDO GARCIA, Individually, RANCH JOHNSON, Individually, KIRK DOTY, Individually, MIKE KEENER, Individually, IAN OSBORN, Individually, and ARMEN AVAKIAN, Individually, Manteca Police Department Sergeants PAUL CARMONA and CHRIS S. MRAZ, in their Individual and Supervisory capacities, and DOES 1 THROUGH 60, Jointly and Severally,<br><br>　　　　　　Defendants. | Case No.: 2:15-cv-02513-WBS-CKD<br><br>**STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE; [PROPOSED] ORDER** |

1

STIPULATION; PROPOSED ORDER
2:15-CV-02513-WBS-CKD

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

In its Scheduling Order dated March 22, 2016 (Docket No. 8), the Court set various deadlines, including: expert disclosure (September 13, 2016); rebuttal expert disclosure (October 4, 2016); and discovery cutoff (January 10, 2017).

On September 9, 2016, the parties submitted a stipulated request to extend expert disclosure to November 8, 2016 and rebuttal disclosure to November 29, 2016. (Docket No. 11). The basis for the stipulation was outstanding depositions. (*Id.*) The Court granted the request. (Docket No. 12).

On October 14, 2016, the parties filed their Joint Statement on Discovery Dispute (re: confidential informant). (Docket No. 20). The hearing occurred on November 2nd; the Court issued an order on November 7th. As the parties evaluate the order and determine the next steps in the case, they respectfully request additional time for expert and rebuttal disclosures.[1]

Based on the foregoing circumstances, the parties respectfully stipulate to the following, and request the Court's approval.

By and through the counsel of record for Defendants and Plaintiff, the parties stipulate and request the following:

1. That the deadline for expert disclosure be extended to November 22, 2016;
2. That the deadline for rebuttal expert disclosure be extended to December 13, 2016;
3. That, for the time being, the deadline for all discovery remain January 10, 2017.

/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] The parties may also request an extension of the discovery deadline. If so, they will file such request in the coming weeks.

Respectfully submitted,

Dated:  November 8, 2016            LAW OFFICES OF SANJAY S. SCHMIDT

                                                         By:  */s/ Sanjay S. Schmidt*
                                                              SANJAY S. SCHMIDT
                                                              Attorneys for Plaintiff
                                                              JOANNE BLIGHT

Dated:  November 8, 2016            ALLEN, GLAESSNER,
                                                               HAZELWOOD & WERTH, LLP

                                                         By:  */s/ Kevin P. Allen*
                                                              DALE L. ALLEN, JR.
                                                              KEVIN P. ALLEN
                                                              Attorneys for Defendants
                                                              CITY OF MANTECA, ARMANDO GARCIA, RANCH JOHNSON, KIRK DOTY, MIKE KEENER, IAN OSBORN, ARMEN AVAKIAN, PAUL CARMONA and CHRIS S. MRAZ

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 8, 2016

                                                              ALLISON CLAIRE
                                                              UNITED STATES MAGISTRATE JUDGE