1 | **Jeffrey A. Silvia (SBN 121065)**
**LAW OFFICE OF JEFFREY A. SILVIA,**
2 | **A Professional Corporation**
2800 West March Lane, Suite 410
3 | Stockton, California 95219
Telephone: (209) 952-9396
4 | Facsimile: (209) 952-9399
e-mail: jeffreysilvia@gmail.com
5 |

6 | **Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
7 | 1388 Sutter Street, Suite 810
San Francisco, CA 94109
8 | Telephone: (415) 563-8583
Facsimile: (415) 223-9717
9 | e-mail: ss@sanjayschmidtlaw.com

10 |
**Michael F. Babitzke (SBN 50048)**
11 | **MICHAEL F. BABITZKE, INC.,**
**A Professional Corporation**
12 | 6 South El Dorado St., Ste. 305
Stockton, California 95202
13 | Telephone: (209) 465-5722
Facsimile: (209) 465-0714
14 | e-mail: mbabitzke@sbcglobal.net

15 | *Attorneys for Plaintiff*,
JOANNE BLIGHT
16 |

17 | UNITED STATES DISTRICT COURT

18 | EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

19 | **JOANNE BLIGHT**,                              )   Case No. 2:15-cv-02513-WBS-AC
                                                    )
20 |            Plaintiff,                          )   **STIPULATION & [PROPOSED]**
                                                    )   **ORDER TO EXTEND DISCOVERY**
21 |      vs.                                       )   **DEADLINE**
                                                    )
22 | **CITY OF MANTECA**, a Municipal               )
Corporation, Manteca Police Department              )
23 | Detectives **ARMANDO GARCIA**,                 )
Individually, **RANCH JOHNSON**,                    )
24 | Individually, **KIRK DOTY**, Individually,     )
**MIKE KEENER**, Individually, **IAN**              )
25 | **OSBORN**, Individually, and **ARMEN**        )
**AVAKIAN**, Individually, Manteca Police           )

**Stipulation & [Proposed] Order to Extend Discovery Deadline:   Case No. 2:15-cv-02513-WBS-AC**          1

1  Department Sergeants **PAUL CARMONA**          )
2  and **CHRIS S. MRAZ**, in their Individual and )
   Supervisory capacities, and **DOES 1**          )
3  **THROUGH 60**, Jointly and Severally,          )
                                                    )
4                    Defendants.                    )
                                                    )
5  _____)

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

In its Scheduling Order (Dkt. 8), the Court set various deadlines, which includes a discovery completion date of January 10, 2017. The parties indicated in their recently filed stipulation to extend the deadline for expert disclosures that, depending on the circumstances of the pending discovery related to the CI, they anticipated possibly submitting a request to extend the discovery deadline. (Dkt. 27, at p. 2, footnote 1.)

Since discovery in this action commenced, the parties have diligently conducted written discovery and depositions. To date, written discovery has been exchanged, thirteen depositions have been conducted, expert disclosures have been made, and some additional depositions to address discovery that was the subject of the parties' recently litigated discovery disagreement are on calendar. Nonetheless, as a result of the delays that are inherent in addressing the unusual discovery issues involved with this case – and in order to try to the extent possible to accommodate counsels' and the deponents' calendars – it is necessary to extend the discovery cutoff in this case. For the time being, the parties are hoping that the extension requested in this stipulation will allow sufficient time for the completion of discovery in this case, and the parties are going to work diligently to accomplish this. The undersigned counsel for Plaintiff notes, however, that as of the submission of this stipulation, the CI phase of discovery in this case has not yet commenced, so Plaintiff's counsel does not yet know whether this is going to trigger the need for additional discovery and possibly additional motion practice. Defendants' counsel believes these additional 30 days are sufficient to complete discovery.

Based on the foregoing circumstances, the parties respectfully stipulate to and request

an Order from the Court for the following:

1. That the deadline for the completion of all discovery be extended by 30-days, from January 10, 2017, to February 9, 2017; and,

2. That all other dates and deadlines remain as set for the time being.

Respectfully submitted,

Dated:  December 9, 2016              LAW OFFICE OF SANJAY S. SCHMIDT

By:   /s/ Sanjay S. Schmidt
      SANJAY S. SCHMIDT
      Attorneys for Plaintiff
      JOANNE BLIGHT

Dated:  December 9, 2016              ALLEN, GLAESSNER,
                                      HAZELWOOD & WERTH, LLP

By:   /s/ Kevin P. Allen[1]
      DALE L. ALLEN, JR.
      KEVIN P. ALLEN
      Attorneys for Defendants
      CITY OF MANTECA, ARMANDO
      GARCIA, RANCH JOHNSON, KIRK
      DOTY, MIKE KEENER, IAN OSBORN,
      ARMEN AVAKIAN, PAUL CARMONA
      and CHRIS S. MRAZ

**PURSUANT TO THE FOREGOING STIPULATION, AND ¶ IX OF THE STATUS (PRETRIAL SCHEDULING) ORDER (ECF # 8), IT IS SO ORDERED.**

DATED:  December 12, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Local Rule 131(e), counsel has authorized the submission of this document on counsel's behalf.