UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE BLIGHT, | No.  2:15-cv-2513 WBS AC |
| Plaintiff, | |
| v. | PROTECTIVE ORDER |
| CITY OF MANTECA, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the parties' Stipulated Protective Order Re: Sealed Affidavit  (ECF No. 36), is APPROVED and INCORPORATED herein.[1]

IT IS FURTHER ORDERED THAT:

1. With respect to motions regarding any disputes concerning this protective order which the parties cannot informally resolve, the parties shall follow the procedures outlined in E.D. Cal. R. ("Local Rule") 251.  Absent a showing of good cause, the court will not hear discovery disputes on an *ex parte* basis or on shortened time.

2. Pursuant to Local Rule 141.1(f), the court will not retain jurisdiction over enforcement of the terms of this Protective Order after the action is terminated.

////

---

[1] The Stipulation replaces and corrects ECF No. 33, which is NOT APPROVED.

1

3. Any provision in the parties' stipulation (ECF No. 36) that is in conflict with anything in this order is hereby DISAPPROVED.

DATED: December 19, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE