DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 697-2000
Facsimile:   (415) 813-2045

Attorneys for Defendants
CITY OF MANTECA, ARMANDO GARCIA, RANCH JOHNSON, KIRK DOTY, MIKE KEENER, IAN OSBORN, ARMEN AVAKIAN, PAUL CARMONA and CHRIS S. MRAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| JOANNE BLIGHT,<br><br>                    Plaintiff,<br><br>     v.<br><br>CITY OF MANTECA, a Municipal Corporation, Manteca Police Department Detectives ARMANDO GARCIA, Individually, RANCH JOHNSON, Individually, KIRK DOTY, Individually, MIKE KEENER, Individually, IAN OSBORN, Individually, and ARMEN AVAKIAN, Individually, Manteca Police Department Sergeants PAUL CARMONA and CHRIS S. MRAZ, in their Individual and Supervisory capacities, and DOES 1 THROUGH 60, Jointly and Severally,<br><br>                    Defendants. | Case No.: 2:15-cv-02513-WBS-AC<br><br>**STIPULATION RE: EXCUSAL FROM LOCAL RULE 251; [PROPOSED] ORDER** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The parties have a pending discovery matter scheduled for hearing on February 8, 2017. (Dkt. No. 41). Pursuant to Local Rule 251(c), the parties are to submit a Joint Statement. The parties have met-and-conferred, and believe a joint statement is impractical due to the various redactions and sealed documents that will be submitted by each side. A joint filing creates a logistical hurdle and heavy burden for the parties.  The parties both agree Separate Statements would be more feasible, and respectfully request this one-time excusal from Local Rule 251.

By and through the counsel of record for Defendants and Plaintiff, the parties stipulate as follows:

1. The parties are excused from filing a Joint Statement under Local Rule 251(c);
2. The parties are permitted to file Separate Statements for the instant discovery dispute.

Respectfully submitted,

Dated:  January 31, 2017            LAW OFFICES OF SANJAY S. SCHMIDT

By: */s/ Sanjay S. Schmidt*
SANJAY S. SCHMIDT
Attorneys for Plaintiff
JOANNE BLIGHT

Dated:  January 31, 2017            ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Kevin P. Allen*
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendants
CITY OF MANTECA, ARMANDO GARCIA, RANCH JOHNSON, KIRK DOTY, MIKE KEENER, IAN OSBORN, ARMEN AVAKIAN, PAUL CARMONA and CHRIS S. MRAZ

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

154978.1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 1, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3

STIPULATION; PROPOSED ORDER
2:15-CV-02513-WBS-AC

154978.1