DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 697-2000
Facsimile:   (415) 813-2045

Attorneys for Defendants
CITY OF MANTECA, ARMANDO GARCIA, RANCH
JOHNSON, KIRK DOTY, MIKE KEENER, IAN
OSBORN, ARMEN AVAKIAN, PAUL CARMONA and
CHRIS S. MRAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOANNE BLIGHT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MANTECA, a Municipal Corporation, Manteca Police Department Detectives ARMANDO GARCIA, Individually, RANCH JOHNSON, Individually, KIRK DOTY, Individually, MIKE KEENER, Individually, IAN OSBORN, Individually, and ARMEN AVAKIAN, Individually, Manteca Police Department Sergeants PAUL CARMONA and CHRIS S. MRAZ, in their Individual and Supervisory capacities, and DOES 1 THROUGH 60, Jointly and Severally,<br><br>　　　　Defendants. | Case No.: 2:15-cv-02513-WBS-AC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CERTAIN DEFENDANTS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED among the parties, through their respective counsel, that the following defendants be dismissed without prejudice.

1.     RANCH JOHNSON;

2.     KIRK DOTY;

3.     MIKE KEENER; and

4.     ARMEN AVAKIAN

The parties further stipulate to the following:

1. That the dismissed Defendants named above and the Plaintiff will each bear their own fees and costs solely as to the dismissed Defendants. In other words, each side bears its own fees and costs (including attorneys' fees) in the above-captioned lawsuit relating to this dismissal of RANCH JOHNSON, KIRK DOTY, MIKE KEENER, and ARMEN AVAKIAN only. However, this stipulated dismissal and this provision of the instant Stipulation shall not be construed in any future proceeding as a waiver of the prevailing party's right under 42 U.SC. 1988(b) or California Civil Code 52.1(h) (or any other attorney fee provision alleged in this lawsuit) to recover attorney's fees for time expended in the litigation in matters related to the dismissed Defendants, such as written discovery, depositions, and other matters, to the extent it is otherwise recoverable.

2. That Defendants' counsel of record, ALLEN, GLAESSNER, HAZELWOOD & WERTH, represent they are authorized to and will accept service of trial subpoenas in the above-captioned lawsuit on behalf of RANCH JOHNSON, KIRK DOTY, MIKE KEENER, and ARMEN AVAKIAN.

                                          Respectfully Submitted,

Dated: February 21, 2017        LAW OFFICES OF SANJAY S. SCHMIDT

                                          By:   */s/ Sanjay S. Schmidt*
                                                  SANJAY S. SCHMIDT
                                                  Attorneys for Plaintiff
                                                  JOANNE BLIGHT

157973.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1 | Dated:  February 21, 2017                    ALLEN, GLAESSNER,
                                                 HAZELWOOD & WERTH, LLP

By:  */s/ Kevin P. Allen*
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendants
CITY OF MANTECA, ARMANDO GARCIA, RANCH JOHNSON, KIRK DOTY, MIKE KEENER, IAN OSBORN, ARMEN AVAKIAN, PAUL CARMONA and CHRIS S. MRAZ

**PURSUANT TO THE STIPULATION SET FORTH ABOVE, IT IS SO ORDERED.**

DATED: February 21, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

157973.1