1  DALE L. ALLEN, JR., State Bar No. 145279
   dallen@aghwlaw.com
2  KEVIN P. ALLEN, State Bar No. 252290
   kallen@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA  94104
   Telephone:      (415) 697-2000
5  Facsimile:      (415) 813-2045

6  Attorneys for Defendants
   CITY OF MANTECA, ARMANDO GARCIA, RANCH
7  JOHNSON, KIRK DOTY, MIKE KEENER, IAN
   OSBORN, ARMEN AVAKIAN, PAUL CARMONA and
8  CHRIS S. MRAZ

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                        SACRAMENTO COURTHOUSE

13  JOANNE BLIGHT,                    Case No.: 2:15-cv-02513-WBS-AC

14                Plaintiff,          **STIPULATION RE: TRIAL AND RELATED
                                      DEADLINES; [~~PROPOSED~~] ORDER**
15        v.

16  CITY OF MANTECA, a Municipal
    Corporation, Manteca Police Department
17  Detectives ARMANDO GARCIA,
    Individually, RANCH JOHNSON,
18  Individually, KIRK DOTY, Individually,
    MIKE KEENER, Individually, IAN
19  OSBORN, Individually, and ARMEN
    AVAKIAN, Individually, Manteca Police
20  Department Sergeants PAUL CARMONA
    and CHRIS S. MRAZ, in their Individual
21  and Supervisory capacities, and DOES 1
    THROUGH 60, Jointly and Severally,
22
                  Defendants.
23

24        **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS**

25  **OF RECORD:**

26        Plaintiff JOANNE BLIGHT ("Plaintiff") and Defendants CITY OF MANTECA,

27  ARMANDO GARCIA, IAN OSBORN, CHRIS MRAZ, PAUL CARMONA, KIRK DOTY,

28  RANCH JOHNSON, MIKE KEENER, and ARMEN AVAKIAN ("Defendants") hereby

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

157723.1

respectfully request continuation of the trial date and certain pre-trial related deadlines in this Case.[1]

On March 22, 2016, the Court set the following case-related deadlines: expert disclosure (September 13, 2016); rebuttal disclosure (October 4, 2016); discovery deadline (January 10, 2017); dispositive motion filing deadline (May 8, 2017); and trial (July 11, 2017). (Dkt. No. 8). On September 13, 2016, after the parties had already engaged in extensive discovery, but had been held up in concluding some matters due to various logistical delays due to the various schedules involved, the disclosure deadlines were extended: expert disclosure (November 8, 2016) and rebuttal disclosure (November 29, 2016). (Dkt. No. 12). On November 9, 2016, the disclosure deadlines were extended a second time: expert disclosure (November 22, 2016) and rebuttal disclosure (December 13, 2016). (Dkt. No. 28). On December 12, 2016, as a result of the complex issues involved and the ongoing litigation involving discovery, the discovery deadline was extended (January 10, 2017). (Dkt No. 35). On February 8, 2017, the discovery deadline was extended a second time (February 22, 2017). (Dkt. No. 53).

The parties have diligently litigated this Case. They have completed multiple rounds of written discovery, taken thirteen depositions (including all of the parties), and disclosed experts. Further, in light of the evidence adduced in discovery, the parties are meeting-and-conferring in good-faith to streamline the case (by, among other things, dismissing certain defendants), in order to minimize dispositive motion practice later on.

This Case involves a search warrant where Manteca police utilized a confidential informant. That informant has become a significant issue. On November 2, 2016, pursuant to Plaintiff's motion to compel, the Magistrate Court ordered disclosure of the sealed state-court warrant affidavit and permitted re-deposition of certain Manteca officers regarding the affidavit and what the informant told them. (Dkt. Nos. 26 and 32). Those second depositions occurred on

---

[1] The parties understand the magistrate is empowered to change all case-related deadlines, save for the trial date (Dkt. 8, 5:11-16). Because the parties are requesting continuation of various deadlines (including the trial date), they sought judicial economy by filing one stipulation. If the Court would like two requests (trial date to the Court; all other dates to the Magistrate Court) the parties will do so."

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

STIPULATION; PROPOSED ORDER
2:15-CV-02513-WBS-AC

157723.1

December 20, 2016. On February 10, 2017, pursuant to Plaintiff's second motion to compel, the Magistrate Court ordered the deposition of the confidential informant. (Dkt. No. 55). Unless the informant will voluntarily appear, Defendants have been ordered to disclose the informant's name and address (for service of a subpoena). (*Id.*) The deposition of the informant has been an issue that the parties have been aware of and discussing since even prior to the first motion to compel hearing, on November 2, 2016; however, it was not possible to litigate that issue until February 10, 2017. In light of the outcome of that litigation, the parties now require sufficient time to complete that deposition, and require sufficient time to obtain any relief from the Court regarding any disagreements that may arise concerning that deposition, should the need arise. Accordingly, the parties stipulate below to an extension of the discovery cutoff for the sole purpose of completing the deposition of the informant, while all other discovery remains closed.

Despite the parties' diligence, good-faith and best efforts, the difficulty with scheduling issues (including the various depositions and discovery hearings) and, in general, the challenges above have made it now impossible to keep the case on it track for the current schedule. With summary judgment motions due March 7, 2017, the parties do not believe there is sufficient time to complete the informant's deposition and prepare dispositive motions. Defendants' counsel has also been in trial off-and-on since last Monday, February 6th; trial is expected to run through Thursday, February 23rd. Additionally, the undersigned Plaintiff's counsel will be out of town for two weeks at the end of March and then will be in a 15-day+ trial that starts in the middle of April, so identifying mutually agreeable dates for dispositive motions, while keeping the same Pre-Trial Conference date, is not possible.

The parties have met-and-conferred extensively -- attempting to find an alternative filing deadline while still keeping the current Pre-Trial Conference and Trial dates -- but were unable to do so. There are unsolvable scheduling conflicts.

Based on the foregoing circumstances, by and through their respective counsel of record, the parties hereby stipulate, and respectfully request that the Scheduling Order in this action be amended, as follows:

1.    That the current **discovery cutoff** of February 22, 2017 (extended by two weeks from

STIPULATION; PROPOSED ORDER
2:15-CV-02513-WBS-AC

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

157723.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  February 8, *See* Dkt. 53) be extended for the sole purpose of completing the deposition of the

2  confidential informant, as set forth in the Order dated February 9, 2017 (filed February 10, 2017)

3  (Dkt. 55), until June 6, 2017, which includes obtaining any enforcement orders, and which means

4  that all such **discovery shall be completed by June 6, 2017**; all other discovery shall remain

5  closed after discovery closes on February 22, 2017;

6  2.      That the **dispositive motion filing deadline** be continued from March 7, 2017 to **June 20,**

7  **2017**;

8         3.      That the **pretrial conference** be continued from May 8, 2017 to **August 28, 2017**

9  **at 1:30 p.m.**; and,

10        4.      That the **jury trial** date be continued from July 11, 2017 to **October 17, 2017 at**

11  **9:00 a.m.**

12

13                                              Respectfully submitted,

14  Dated:  February 21, 2017                   LAW OFFICES OF SANJAY S. SCHMIDT

15

16                                              By:   */s/ Sanjay S. Schmidt*
                                                     SANJAY S. SCHMIDT
17                                                   Attorneys for Plaintiff
                                                     JOANNE BLIGHT

18  Dated:  February 21, 2017                   ALLEN, GLAESSNER,
                                                HAZELWOOD & WERTH, LLP
19

20                                              By:   */s/ Kevin P. Allen*
21                                                   DALE L. ALLEN, JR.
                                                     KEVIN P. ALLEN
22                                                   Attorneys for Defendants
                                                     CITY OF MANTECA, ARMANDO
23                                                   GARCIA, RANCH JOHNSON, KIRK DOTY,
                                                     MIKE KEENER, IAN OSBORN, ARMEN
24                                                   AVAKIAN, PAUL CARMONA and CHRIS
                                                     S. MRAZ
25
    **PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**
26
    **Dated:  February 21, 2017**
27
                                                WILLIAM B. SHUBB
28                                              UNITED STATES DISTRICT JUDGE

157723.1