UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOANNE BLIGHT, | CIV. NO. 2:15-2513 WBS AC |
| Plaintiff, | ORDER |
| v. | |
| CITY OF MANTECA, a municipal corporation; Manteca Police Department Detectives ARMANDO GARCIA and IAN OSBORN; and Manteca Police Department Sergeants PAUL CARMONA and CHRIS MRAZ; | |
| Defendants. | |

----oo0oo----

Defendants' request for reconsideration (Docket No. 62) of the Magistrate Judge's Order (Docket No. 55) is hereby DENIED without prejudice to defendants' right to re-file their request in a form consistent with this court's order of March 22, 2017 (Docket No. 68), within fourteen days from the date this Order is signed.

Dated: April 5, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1