DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendants
CITY OF MANTECA, ARMANDO GARCIA, IAN
OSBORN, PAUL CARMONA and CHRIS S. MRAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| JOANNE BLIGHT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MANTECA, a Municipal Corporation, Manteca Police Department Detectives ARMANDO GARCIA, Individually, RANCH JOHNSON, Individually, KIRK DOTY, Individually, MIKE KEENER, Individually, IAN OSBORN, Individually, and ARMEN AVAKIAN, Individually, Manteca Police Department Sergeants PAUL CARMONA and CHRIS S. MRAZ, in their Individual and Supervisory capacities, and DOES 1 THROUGH 60, Jointly and Severally,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-02513-WBS-AC<br><br>**NOTICE OF ERRONEOUS FILING (DOCKET NO. 95) AND REQUEST FOR WITHDRAWAL; [~~PROPOSED~~] ORDER** |

**<u>TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:</u>**

Defendants CITY OF MANTECA; ARMANDO GARCIA; IAN OSBORN; PAUL CARMONA; and CHRIS S. MRAZ ("Defendants") submit this Notice of Erroneous Filing and Request for Withdrawal.

After submission of the documents, Defendants' counsel realized the version of the Kevin Allen declaration and supporting exhibits submitted in Docket No. 95 was filed in error;

Defendants request it be withdrawn (i.e. removed from PACER and no longer accessible).

Defendants have already filed the proper, corrected version of Allen declaration and supporting exhibits (Docket Nos. 105-106).

Defendants apologize for this error.

Dated: July 5, 2017

Respectfully submitted,

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Kevin P. Allen*
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendants
CITY OF MANTECA, ARMANDO GARCIA, IAN OSBORN, PAUL CARMONA and CHRIS S. MRAZ

**IT IS SO ORDERED.**

Dated: July 6, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE