1  **JEFFREY A. SILVIA, ESQ. (121065)**
   **LAW OFFICE OF JEFFREY A. SILVIA, APC**
2  2800 West March Lane, Suite 410
   Stockton, California 95219
3  Telephone: (209) 952-9396
   Facsimile: (209) 952-9399
4  Email: jeffreysilvia@gmail.com

5  **SANJAY S. SCHMIDT (SBN 247475)**
   **LAW OFFICE OF SANJAY S. SCHMIDT**
6  1388 Sutter Street, Suite 810
   San Francisco, California 94109
7  Telephone: (415) 563-8583
   Facsimile: (415) 223-9717
8  Email: ss@sanjayschmidtlaw.com

9  **MICHAEL F. BABITZKE (SBN 50048)**
   **MICHAEL F. BABITZKE, INC., APC**
10 6 South El Dorado St., Suite 305
   Stockton, California 95202
11 Telephone: (209) 465-5722
   Facsimile: (209) 465-0714
12 Email: mbabitzke@sbcglobal.net

13 Attorneys for Plaintiff,
   JOANNE BLIGHT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| **JOANNE BLIGHT**, | Case No. 2:15-cv-02513-WBS-AC |
| Plaintiff, | **STPULATION RE: FILING DEADLINE FOR PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; [PROPOSED] ORDER** |
| vs. | |
| **CITY OF MANTECA**, a Municipal Corporation, Manteca Police Department Detectives **ARMANDO GARCIA**, Individually, **IAN OSBORN**, Individually, and **ARMEN AVAKIAN**, Individually, Manteca Police Department Sergeants **PAUL CARMONA** and **CHRIS S. MRAZ**, in their Individual and Supervisory capacities, and **DOES 1 THROUGH 60**, Jointly and Severally, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff JOANNE BLIGHT ("Plaintiff") and Defendants CITY OF MANTECA, ARMANDO GARCIA, IAN OSBORN, PAUL CARMONA, and CHRIS S. MRAZ, ("Defendants") hereby respectfully stipulate that the deadline for filing Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication, be regarded as the filing deadline that would apply under Local Rule 230(c) (09/04/17), if September 4, 2017 were not a holiday - in other words, that the filing deadline be regarded as September 4, 2017, instead of September 1, 2017.

Good cause exists for this Stipulation. This case involves a voluminous amount of documents and evidence, including sixteen (16) depositions, and a significant amount of evidence that requires sensitive treatment of materials that are subject to the Attorneys' Eyes Only Protective Order. Plaintiff's counsel had allocated time to respond to the Summary Judgment Motion based upon the belief that the Opposition was due on September 4, 2017. Plaintiff's counsel had allocated additional time on Monday September 4, 2017 (instead of taking the day off), in order to make sure that information related to the CI was appropriately redacted and that counsel filed everything in accordance with the protective Order.

In addition, Mr. Babitzke, who had been assigned specific tasks to perform in responding to the Motion, had to undergo orthopedic surgery on August 15, 2017. Mr. Babitzke's doctor instructed him to not return to work until August 30, 2017. Consequently, he was unable to complete the tasks assigned to him and, thus, the time that would be available under what was understood to be the filing date under LR 230(c) is needed.

On August 29, 2017, Jeffrey A., Silvia, one of the attorneys for Plaintiff, called defense counsel, Kevin P. Allen, and discussed the issues addressed herein. Mr. Allen told Mr. Silvia that he believed that Plaintiff's response was due on September 4, 2017 as well, and therefore was willing to enter into this Stipulation. After Plaintiff's counsel broached this issue with defense counsel, Defendants researched it, and no longer believe the filing deadline is 09/04/17.

Based on the foregoing circumstances, by and through their respective counsel of record, the parties hereby stipulate and respectfully request the following:

1. That the deadline for filing Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication, be regarded as the filing deadline that would apply under Local Rule 230(c) (09/04/17), if September 4, 2017 were not a holiday – in other words, that the filing deadline be regarded as September 4, 2017; however,

2. Plaintiff's counsel agrees to email an electronic copy of Plaintiff's Response in Opposition by 12:00 p.m. (noon), on 09/04/17, to opposing counsel, Kevin Allen, Esq., with the final, redacted version to be filed by the normal filing deadline on that date.

Respectfully submitted,

Dated: August 31, 2017          LAW OFFICE OF SANJAY S. SCHMIDT

By: */s/ Sanjay S. Schmidt*
SANJAY S. SCHMIDT
Attorneys for Plaintiff
JOANNE BLIGHT

Dated: August 31, 2017          ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By: */s/ Kevin P. Allen*
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendants
CITY OF MANTECA, ARMANDO GARCIA, IAN OSBORN, PAUL CARMONA and CHRIS S. MRAZ

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED,** and the deadline for filing Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication, shall be regarded as the filing deadline that would apply under Local Rule 230(c) (09/04/17), if September 4, 2017 were not a holiday – in other words, that the filing deadline be regarded as September 4, 2017.  However, Plaintiff shall email an electronic copy of her Response in Opposition by **12:00 p.m.** (noon), on 09/04/17, to opposing counsel, Kevin Allen, Esq., with the final, redacted version to be filed by the normal filing deadline on that date.

Dated:  September 1, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE