**JEFFREY A. SILVIA, ESQ. (121065)**
LAW OFFICE OF JEFFREY A. SILVIA, APC
2800 West March Lane, Suite 410
Stockton, California  95219
Telephone:  (209) 952-9396
Facsimile:  (209) 952-9399
Email:  jeffreysilvia@gmail.com

**SANJAY S. SCHMIDT (SBN 247475)**
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, California  94109
Telephone:  (415) 563-8583
Facsimile:  (415) 223-9717
Email:  ss@sanjayschmidtlaw.com

**MICHAEL F. BABITZKE (SBN 50048)**
MICHAEL F. BABITZKE, INC., APC
6 South El Dorado St., Suite 305
Stockton, California  95202
Telephone:  (209) 465-5722
Facsimile:  (209) 465-0714
Email:  mbabitzke@sbcglobal.net

Attorneys for Plaintiff,
JOANNE BLIGHT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| **JOANNE BLIGHT,**<br><br>　　　　Plaintiff,<br>　　vs.<br><br>**CITY OF MANTECA,** a Municipal Corporation, Manteca Police Department Detectives **ARMANDO GARCIA,** Individually, **IAN OSBORN,** Individually, and **ARMEN AVAKIAN,** Individually, Manteca Police Department Sergeants **PAUL CARMONA** and **CHRIS S. MRAZ,** in their Individual and Supervisory capacities, and **DOES 1 THROUGH 60,** Jointly and Severally,<br><br>　　　　Defendants. | Case No. 2:15-cv-02513-WBS-AC<br><br>**NOTICE OF ERRONEOUS FILING (DOCKET NUMBER 118) & REQUEST FOR SUBSTITUTION & DELETION; [~~PROPOSED~~] ORDER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, JOANNE BLIGHT, hereby respectfully submits this Notice of Erroneous Filing and Request for Substitution.

After reviewing the document filed as Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication (**Dkt. No. 118**), the undersigned realized that the document that had been filed was filed in error. The document filed was not the correct, most up to date version, had formatting errors in certain portions of the footer, and lacked the table of contents. The undersigned apologizes for this error, which occurred as a result of a formatting error that apparently occurred when the document was being finalized; it resulted in the wrong version of the merged file being saved by the undersigned's staff under the same name, which apparently overwrote the correct, final version. The problem has been rectified, however, and the correct version is being filed.

Accordingly, in light of the importance that the Court, the Court's staff, Defendants' counsel, and all other interested parties have the correct version, and that the electronic record of this action contain the correct version, Plaintiff respectfully requests that **Docket No. 118** be substituted with **Docket No. 128,** and that **Docket No. 118** be removed from PACER and no longer accessible.

The undersigned apologizes for this error.

Dated: September 6, 2017 Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
Attorneys for Plaintiff

**Plaintiff's Notice of Erroneous Filing (Re: Dkt. 118) & Request for Substitution & Removal; [Proposed] Order**
**Case No. 2:15-cv-02513-WBS-AC**

|     |                                                                      |
| --- | -------------------------------------------------------------------- |
| 1   | JOANNE BLIGHT                                                        |
| 2   | **[~~PROPOSED~~] ORDER**                                             |
| 3   | Good cause appearing therefor,                                       |
| 4   | IT IS HEREBY ORDERED that Docket No. 118 be replaced with            |
| 5   | Docket No. 128, and that Docket No. 118 be removed from PACER and    |
| 6   | no longer accessible.                                                |
| 7   |                                                                      |
|     | **IT IS SO ORDERED.**                                                |
| 8   |                                                                      |
|     | Dated:    September 7, 2017                                          |
| 9   |                                                                      |
|     | _____                                      |
| 10  | WILLIAM B. SHUBB                                                     |
|     | UNITED STATES DISTRICT JUDGE                                         |