1  DALE L. ALLEN, JR., State Bar No. 145279
   dallen@aghwlaw.com
2  KEVIN P. ALLEN, State Bar No. 252290
   kallen@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA 94104
   Telephone:    (415) 697-2000
5  Facsimile:    (415) 813-2045

6  Attorneys for Defendants
   CITY OF MANTECA, ARMANDO GARCIA, IAN
7  OSBORN, PAUL CARMONA and CHRIS S. MRAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| JOANNE BLIGHT, | Case No.: 2:15-cv-02513-WBS-AC |
| Plaintiff, | **STIPULATION RE: SUMMARY JUDGMENT DEADLINES; [PROPOSED] ORDER** |
| v. | |
| CITY OF MANTECA, a Municipal Corporation, Manteca Police Department Detectives ARMANDO GARCIA, Individually, RANCH JOHNSON, Individually, KIRK DOTY, Individually, MIKE KEENER, Individually, IAN OSBORN, Individually, and ARMEN AVAKIAN, Individually, Manteca Police Department Sergeants PAUL CARMONA and CHRIS S. MRAZ, in their Individual and Supervisory capacities, and DOES 1 THROUGH 60, Jointly and Severally, | |
| Defendants. | |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff JOANNE BLIGHT ("Plaintiff") and Defendants CITY OF MANTECA, ARMANDO GARCIA, IAN OSBORN, CHRIS MRAZ, and PAUL CARMONA ("Defendants") are hereby respectfully requesting continuance of the existing hearing date (9/18/17) so that Defendants have additional time to complete the Reply. The parties request October 16, 2017

(which they understand is the next available hearing date). Defendants agree to waive Local Rule 230(d); their Reply would be Monday, September 18, 2017.

**I.    GOOD CAUSE**

The record in this matter is voluminous, and Plaintiff's combined statement of facts/opposition brief is lengthy. Despite defense counsel's best efforts, the Reply cannot be completed by the September 11th deadline.[1] In view of the length of Plaintiff's opposition brief and separate statement of facts (combined into one document), Plaintiff does not object to Defendants' request.

Based on the foregoing circumstances, by and through their respective counsel of record, the parties hereby stipulate, and respectfully request that the briefing schedule relating to Defendants' motion for summary judgment/adjudication and, as a result, the hearing date on Defendants' motion, be continued and modified, as follows:

1. That the hearing date for Defendants' Motion for Summary Judgment/Adjudication be continued from September 18, 2017 to October 16, 2017 at 1:30 p.m.

2. Defendants' deadline to file their Reply is September 18, 2017 by Noon (12:00 p.m.)

Respectfully submitted,

Dated: September 7, 2017    LAW OFFICES OF SANJAY S. SCHMIDT

By: */s/ Sanjay S. Schmidt*
SANJAY S. SCHMIDT
Attorneys for Plaintiff
JOANNE BLIGHT

---

[1] If the Court would like the parties to provide additional facts supporting their request, that can be provided.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

Dated: September 7, 2017

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Kevin P. Allen*
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendants
CITY OF MANTECA, ARMANDO GARCIA, IAN OSBORN, PAUL CARMONA and CHRIS S. MRAZ

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

**Dated: September 7, 2017**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE