UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE BLIGHT,<br><br>   Plaintiff-Appellant,<br><br>  v.<br><br>CITY OF MANTECA et al.,<br><br>   Defendants-Appellees. | No. 2:15-CV-02513-WBS-AC (CA No. 17-17334)<br><br>[~~PROPOSED~~] ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL |

Good cause appearing:

PLAINTIFF'S motion to proceed In Forma Pauperis on appeal is Granted.

IT IS SO ORDERED.

DATED: This 29th day of November, 2017,

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER